IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00172-MJW

DONALD BIBB,
JOSHUA DAVID BIBB,
MARQUES H. HARRIS,
RICK JOSEPH COLOMBO,
LOREN WILLIAMS,
KEN JORGENSEN,
DOUGLAS B. PACE,
JERRY MONK,
DONNA MONK,
MIKE TAYLOR,
TYLER ROBINSON,
MELISSA COWDEN,
PATRICK SCHEETZ,
KYLE ROGERS, and
SHANA ROGERS

Plaintiffs,

v.

SOUTHERN CONCEPTS RESTAURANT GROUP, INC., a Colorado corporation as the surviving entity of Southern Hospitality Development Corporation, Smokin Concepts Design Corporation, and Bourbon Brothers Holding Corporation;
BOURBON BROTHERS INVESTORS, LLC, a Colorado limited liability company;
AMHC MANAGED SERVICES, INC., a Colorado corporation;
BOURBON BROTHERS # 14, LLC, a Colorado limited liability company;
HOSPITALITY INCOME & ASSET, LLC, a Colorado limited liability company, formerly Bourbon Brothers, LLC;
BOURBON BROTHERS HOLDING COMPANY, a Colorado limited liability company;
J.W. ROTH;
MITCHELL ROTH;
DAVID LAVIGNE;
HEATHER ATKINSON;
STEVE COMINSKY;
ROBERT MUDD;
GARY TEDDER;
JAMES FENLASON; and
RICHARD STEWARD,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      In light of the filing of Plaintiffs' Amended Complaint (Docket No. 18), it is hereby ORDERED that Bourbon Brothers #14 LLC's and Bourbon Brothers, LLC's Motion to Dismiss (Docket No. 15) is DENIED as moot.  *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. April 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F.Supp.2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

Date: March 9, 2018